IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL FRYAR,
Individually and on Behalf of all Others
Similarly Situated                                              PLAINTIFF

v.                      No. 4:18-cv-927-DPM

PRIME COMMUNICATIONS, LP                                        DEFENDANT

## ORDER

The joint motion, № 3, is granted. The Court refers the parties' dispute to arbitration, as they agreed. This case is stayed and administratively terminated. Any party may move, in due course, to open and enforce any arbitral decision. If no party requests action before 11 January 2020, the Court will lift the stay and dismiss without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 January 2019