IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL FRYAR,
Individually and on Behalf of all Others
Similarly Situated                                                    PLAINTIFF

v.                          No. 4:18-cv-927-DPM

PRIME COMMUNICATIONS, LP                                 DEFENDANT

## JUDGMENT

Fryar's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

12 February 2020